UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS GILBERT LAW,<br>Plaintiff,<br>v.<br>SFPD OFFICER #4766, et al.,<br>Defendants. | Case No. 26-cv-05868-VC<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to Judge Araceli Martinez-Olguin for consideration of whether the case is related to *Law v. SFPD Officer #4766*, No. CV 4:26-cv-03346-AMO.

**IT IS SO ORDERED.**

Dated: 8/13/2026

VINCE CHHABRIA
United States District Judge